ANNA V. KING, Appellant, v. SPERRY GYROSCOPE COMPANY, INC., et al., Respondents.— Action to recover death benefits under a certificate of insurance on the life of plaintiff's deceased husband. Order dismissing complaint against the Sperry Gyroscope Company, Inc., affirmed, without costs, with leave to plaintiff to plead over within ten days from the entry of the order hereon. No opinion. Order denying plaintiff's motion to strike out the first separate and distinct defense in the answer of defendant The Travelers Insurance Company affirmed, without costs. No opinion. Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ., concur.

MILLS LAND CORPORATION, Appellant, v. GRACE P. RAPOPORT, Respondent.— In an action to foreclose a mortgage, order denying plaintiff's motion for summary judgment reversed on the law, with ten dollars costs and disbursements, and the motion granted, without costs. The amended answer does not allege facts sufficient to constitute a defense or counterclaim to plaintiff's cause of action. Therefore, it was error to deny plaintiff's motion for summary judgment. (*Green* v. *Collins*, 86 N. Y. 246.) Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BONNIE BRIAR HOLDING CORPORATION, Respondent, against JAMES M. SMITH, as Town Assessor of the Town of Mamaroneck, et al., Appellants.— Order modifying report of referee in a tax certiorari proceeding and reducing the assessment accordingly unanimously affirmed, with fifty dollars costs and disbursements. No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.

SAMUEL SCHIFF, Appellant, v. BELLA R. SCHIFF, Respondent.— Resettled order denying plaintiff's motion for an examination before trial affirmed, with ten dollars costs and disbursements, without prejudice to the right of plaintiff to apply for an examination by open commission or written interrogatories at his expense. Order denying plaintiff's motion to strike out the first defense in defendant's answer affirmed, without costs. No opinion. Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ., concur. [See *post,* p. 999.]

JOSEPHINE N. SMITH, Individually and as Executrix of LEWIS C. SMITH, Deceased, Respondent, v. WILMA MILLER, Appellant.— Order denying the defendant's motion to require plaintiff to state separately and number the causes of action contained in the complaint pursuant to rule 90 of the Rules of Civil Practice, and denying the defendant's motion to strike from the complaint paragraphs " Fourth " to " Seventh," inclusive, and " Eleventh," pursuant to rule 103 of the Rules of Civil Practice, affirmed, without costs, with leave to defendant to answer within ten days from the entry of the order hereon. No opinion. Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.